UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABRAHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant, | Case No. 5:-cv-13-00878-PJW<br><br>JUDGMENT |

    Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action be remanded to the Commissioner of Social Security for further proceedings.

DATED: August 12, 2013

_____
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE