1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   GEORGIA ABRAHAM,                    )   Case No. ED CV 13-0878-PJW
                                         )
11                   Plaintiff,          )
                                         )   J U D G M E N T
12            v.                         )
                                         )
13   CAROLYN W. COLVIN,                  )
     ACTING COMMISSIONER OF THE          )
14   SOCIAL SECURITY ADMINISTRATION,     )
                                         )
15                   Defendant.          )
                                         )

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is reversed and the case is

21   remanded for further proceedings consistent with the Memorandum

22   Opinion and Order.

23

24        DATED: August 11, 2015

25                                  _____

26                                  PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE
27

28   S:\PJW\Cases-Social Security\ABRAHAM, G 878\Judgment.wpd